**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**JOHN WESTLEY,**

    **Plaintiff,**

v.                                                    Case No: 5:17-cv-60-Oc-CEMPRL

**GREGORY N. HULTMAN, ON TOP OF
THE WORLD CONDOMINIUM
ASSOCIATION, INC., ELIZABETH V.
CUTTER, MERRILL LYNCH,
COLDWELL BANKER REAL ESTATE
LLC and FLORIDA ATTORNEY
GENERAL OFFICE**

    **Defendants.**

**ORDER**

This matter is before the Court for consideration of *pro se* Plaintiff's Motion for Electronic Filing (Doc. 8), in which Plaintiff requests permission to electronically file and to respond to opposing parties using the Court's CM/ECF system.

As a preliminary matter, the Court notes that the district judge recently entered an order to show cause why this case should not be transferred to the Tampa Division. (Doc. 12). Consequently, in light of the pending order to show cause, and this Court's Administrative Procedures for Electronic Filing which state that a *pro se* litigant is not permitted to file electronically, absent authorization by the Court, Plaintiff's motion (Doc. 8) is due to be **DENIED** without prejudice at this time. Plaintiff may renew his request once it is resolved whether the case will remain in this division or whether it will be transferred to the Tampa Division.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on February 27, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties