UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JOHN WESTLEY,**

    **Plaintiff,**

v.                                                    Case No: 5:17-cv-60-Oc-CEMPRL

**GREGORY N. HULTMAN, ON TOP OF
THE WORLD CONDOMINIUM
ASSOCIATION, INC., ELIZABETH V.
CUTTER, MERRILL LYNCH,
COLDWELL BANKER REAL ESTATE
LLC and FLORIDA ATTORNEY
GENERAL OFFICE**

    **Defendants.**

## ORDER

This matter is before the Court on *pro se* Plaintiff's recently filed pleading entitled, "Plaintiff Good Cause Showing." (Doc. 17). Within that document, for the second time, Plaintiff requests permission to electronically file and to respond to opposing parties using the Court's CM/ECF system, and that request has been referred to the undersigned for consideration. (Docs. 8, 14 & 17).

As I previously observed, the district judge entered an order to show cause why this case should not be transferred to the Tampa Division. (Doc. 12). Once again, in light of the pending transfer issue and this Court's Administrative Procedures for Electronic Filing which state that a *pro se* litigant is not permitted to file electronically, absent authorization by the Court, Plaintiff's motion to file electronically (Doc. 17) is due to be **DENIED** without prejudice at this time.

Plaintiff may renew his request once it is resolved whether the case will remain in this division or whether it will be transferred to the Tampa Division.

    **DONE** and **ORDERED** in Ocala, Florida on March 20, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties